IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No.  12-cv-00002-CMA-MEH                   Date:   February 28, 2012
Courtroom Deputy: Cathy Coomes                          **FTR – Courtroom A501**

BRADON GIBSON,                                          Richard B. Wynkoop

  Plaintiff,

vs.

TT OF WOODMEN, INC.,                                    Wyn Terrell Taylor

  Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**  2:05 p.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendant's Motion for a Stay and to Compel Arbitration (Doc. #5, filed 1/23/12).

**ORDERED:** The Court takes the motion under advisement.

**Court in recess:**  **2:32 p.m.  (Hearing concluded)**
**Total time in court:**  0:27