IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00002-CMA-MEH

BRADON GIBSON,

    Plaintiff,

v.

TT OF WOODMEN, INC., a Colorado corporation, d/b/a Woodmen Nissan,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2013.**

    Before the Court is Defendant's Motion to Compel Specific Performance Pursuant to Fed. R. Civ. P. 70 [filed April 30, 2013; docket #15]. The record in this case reflects the case was administratively closed by the Honorable Christine M. Arguello on March 21, 2012 (docket #12). D.C. Colo. LCivR 41.2 provides that an administratively closed case may be "reopen[ed] for good cause." There is no indication that any party has moved to reopen this case; therefore, Defendant's motion is **denied without prejudice**.